443 A.2d 384

Commonwealth v. Robinson, Appellant.

Submitted June 2, 1981. Gary P. Heslin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

588

Before ROWLEY, McEWEN and MONTEMURO, JJ.
Judgment of sentence affirmed.